Derrick GARDNER, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 75352.

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 14, 1999.

Nancy L. Vincent, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before WILLIAM H. CRANDALL, Jr., P.J., KENT E. KAROHL, and MARY K. HOFF, JJ.

## ORDER

PER CURIAM.

Derrick Gardner (Movant) appeals the judgment denying his motion for post-conviction relief under Rule 24.035. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).

Edmond NELSON, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 75651.

Missouri Court of Appeals,
Eastern District,
Division Five.

Sept. 14, 1999.

Jason Marks, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Linda Lemke, Asst. Atty. Gen., Jefferson City, for respondent.

Before RHODES RUSSELL, C.J., GARY M. GAERTNER, J., and CRAHAN, J.

## *ORDER*

PER CURIAM.

Edmond Nelson (Movant) appeals the judgment denying his Rule 29.15 motion for post-conviction relief. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 29.15(k). An extended opinion would have no precedential value. We have, however, provided a memorandum for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).